Decided December 6, 2006

### STATE OF CONNECTICUT *v.* PAOLINO SANSEVERINO

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 98 Conn. App. 198 (AC 25793), is granted, limited to the following issue:

"Whether the Appellate Court properly held that the trial court improperly denied the defendant's motion to sever the two cases charged against him?"

The Supreme Court docket number is SC 17786.

*Leon F. Dalbec, Jr.,* senior assistant state's attorney, in support of the petition.

*Jon L. Schoenhorn,* in opposition.